*October 11, 1938.*

SHERWOOD STATE BANK, Respondent, vs. ZAHN, Appellant.

For the appellant: *Geo. C. Hume* of Chilton.
For the respondent: *Anthony E. Madler* of Chilton.
*By the Court.*—Judgment affirmed.

PLAETTNER, Appellant, vs. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

For the appellant: *Julius O. Roehl* of Milwaukee.
For the respondent: *Bloodgood, Stebbins & Bloodgood,* attorneys, and *Eric Wm. Passmore* and *Harold J. Porter* of counsel, all of Milwaukee.
*By the Court.*—Judgment affirmed.

ESTATE OF NEUPERT: MILLER, Claimant, Respondent, vs. ABENDROTH, Executrix, and another, Appellants.

For the appellants: *H. A. Schmidt* of Lake Mills, attorney for executrix; *Ray C. Twining* of Milwaukee, attorney for Nick Neupert.
For the respondent: *Kading & Kading* of Watertown.
*By the Court.*—Order affirmed.